# UNITED STATES BANKRUPTCY COURT
## MIDDLE **DISTRICT OF** FLORIDA
## ORLANDO **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| SERRONE, ANTHONY N. | § | Case No. 6:14-bk-11087-CCJ |
| SERRONE, VILMA E. | § | |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 09/30/2014 . The undersigned trustee was appointed on 10/01/2014 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of      $      7,635.00

Funds were disbursed in the following amounts:

| | |
|---|---|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 0.00 |
| Bank service fees | 45.00 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 683.50 |

Leaving a balance on hand of[1]      $      6,906.50

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

The remaining funds are available for distribution.

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6.  The deadline for filing non-governmental claims in this case was  05/22/2015  and the deadline for filing governmental claims was  11/18/2015 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.  The Trustee's proposed distribution is attached as **Exhibit D**.

8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 1,445.15 .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00  as interim compensation and now requests a sum of $ 1,445.15 , for a total compensation of $ 1,445.15 [2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 144.99 , for total expenses of $ 144.99 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 08/24/2015                    By:/s/Carla Musselman, Trustee
                                             Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:    1

**Exhibit A**

| | | |
|---|---|---|
| Case No: | 14-11087    CCJ    Judge: Cynthia C. Jackson | |
| Case Name: | SERRONE, ANTHONY N. | |
| | SERRONE, VILMA E. | |
| For Period Ending: | 08/24/15 | |

| | |
|---|---|
| Trustee Name: | Carla Musselman, Trustee |
| Date Filed (f) or Converted (c): | 09/30/14 (f) |
| 341(a) Meeting Date: | 11/05/14 |
| Claims Bar Date: | 05/22/15 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Real Property: 2249 Cypress Knee Loop Kissimmee | 87,937.00 | 0.00 | OA | 0.00 | FA |
| 2. Bank of America Checking Account | 405.00 | 0.00 | | 0.00 | FA |
| 3. Bank of America Savings Account | 2.00 | 2.00 | | 0.00 | FA |
| 4. Household Goods and Furnishings | 1,150.00 | 0.00 | | 0.00 | FA |
| 5. Clothing | 100.00 | 0.00 | | 0.00 | FA |
| 6. Jewelry | 120.00 | 0.00 | | 0.00 | FA |
| 7. Primerica Life Insurance | 0.00 | 0.00 | | 0.00 | FA |
| 8. Primerica Life Insurance | 0.00 | 0.00 | | 0.00 | FA |
| 9. National Income Life Insurance | 0.00 | 0.00 | | 0.00 | FA |
| 10. National Income Life Insurance | 0.00 | 0.00 | | 0.00 | FA |
| 11. 2010 Dodge Jorney - VIN: 3D4PG5FV3AT282295 | 11,725.00 | 0.00 | OA | 0.00 | FA |
| 12. 2005 Dodge Ram - VIN: 1D7HA18D55J576834 | 3,825.00 | 2,450.00 | | 2,450.00 | FA |
| 13. 1987 Chevy Monte Carlo - VIN: 1G1GZ11G2HP131593 | 3,500.00 | 2,250.00 | | 2,250.00 | FA |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:    2

Exhibit A

| Case No: | 14-11087    CCJ    Judge: Cynthia C. Jackson | | Trustee Name: | Carla Musselman, Trustee |
|---|---|---|---|---|
| Case Name: | SERRONE, ANTHONY N. | | Date Filed (f) or Converted (c): | 09/30/14 (f) |
| | SERRONE, VILMA E. | | 341(a) Meeting Date: | 11/05/14 |
| | | | Claims Bar Date: | 05/22/15 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 14. 2014 Income Tax Refund (u) | Unknown | 2,251.50 | | 2,935.00 | FA |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $108,764.00 | $6,953.50 | | $7,635.00 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:


12/17/14: 341 meeting held and concluded

02/15: Notice of assets.

05/31/15:  Database Searches run

06/20/15:  Trustee reviewed claims


RE PROP# 1---06/15: Notice of abandonment.

RE PROP# 11---06/15: Notice of Abandonment filed

RE PROP# 12--01/15/15:  Negotiated buyback of $2,450 over time beginning 02/25/15.

   02/10/15:  Rcv'd State Farm Ins Eff: 01/21/15 until terminated

   06/26/15:  Notice of Intent to Sell filed

   08/24/15:  Report of Sale filed

RE PROP# 13---Negotiated lump sum buyback of $2,250.

   06/26/15:  Notice of Intent to Sell filed

   08/24/15:  Report of Sale filed

RE PROP# 14---01/06/15: IRS intercept letter mailed to IRS

   03/15: Received refund from the IRS.

   06/11/15: Received income tax retrun by fax which indicated a refund in the amount of $4,405.00 with $1,403.00 EIC.

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Exhibit A

| | | | |
|---|---|---|---|
| Case No: | 14-11087      CCJ    Judge: Cynthia C. Jackson | Trustee Name: | Carla Musselman, Trustee |
| Case Name: | SERRONE, ANTHONY N. | Date Filed (f) or Converted (c): | 09/30/14 (f) |
| | SERRONE, VILMA E. | 341(a) Meeting Date: | 11/05/14 |
| | | Claims Bar Date: | 05/22/15 |

Applied exempt monies to balance of buyback and refunded debtor the balance.

Initial Projected Date of Final Report (TFR): 02/28/16          Current Projected Date of Final Report (TFR): 09/15/15

**FORM 2**

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 14-11087 -CCJ |
| Case Name: | SERRONE, ANTHONY N. |
| | SERRONE, VILMA E. |
| Taxpayer ID No: | *******0541 |
| For Period Ending: | 08/24/15 |

| Trustee Name: | Carla Musselman, Trustee |
| Bank Name: | UNION BANK |
| Account Number / CD #: | *******5722  Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $ 32,583,498.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/17/15 | | ANTHONY N. SERRONE 2249 CYPRESS KNEE LOOP KISSIMMEE, FL  34743 | Buyback Installment | 1129-000 | 2,250.00 | | 2,250.00 |
| 02/17/15 | 13 | Asset Sales Memo: | 1987 Chevy Monte Carlo - VIN: 1G1GZ11G2HP131593  $2,250.00 | | | | 2,250.00 |
| 02/25/15 | | ANTHONY N. SERRONE 2249 CYPRESS KNEE LOOP KISSIMMEE, FL  34743 | Buyback Installment | 1129-000 | 245.00 | | 2,495.00 |
| 02/25/15 | 12 | Asset Sales Memo: | 2005 Dodge Ram - VIN: 1D7HA18D55J576834 $245.00 | | | | 2,495.00 |
| 03/26/15 | | ANTHONY N. SERRONE 2249 CYPRESS KNEE LOOP KISSIMMEE, FL  34743 | Buyback Installment | 1129-000 | 245.00 | | 2,740.00 |
| 03/26/15 | 12 | Asset Sales Memo: | 2005 Dodge Ram - VIN: 1D7HA18D55J576834 $245.00 | | | | 2,740.00 |
| 03/31/15 | | Internal Revenue Service PO Box 7346 Philadelphia, PA 19101-7346 INTERNAL REVENUE SERVICE | Income Tax refund          Memo Amount:          2,251.50 Income Tax refund | 1224-000 | 4,405.00 | | 7,145.00 |
| 03/31/15 | 14 | Asset Sales Memo: INTERNAL REVENUE SERVICE | 2014 Income Tax Refund  $2,251.50          Memo Amount:          1,470.00 Buyback Installment | 1129-000 | | | |
| 03/31/15 | 12 | Asset Sales Memo: INTERNAL REVENUE SERVICE | 2005 Dodge Ram - VIN: 1D7HA18D55J576834 $1,470.00          Memo Amount:          683.50 | 1224-000 | | | |

Ver: 18.05

LFORM2T4

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:    2

Exhibit B

| Case No: | 14-11087 -CCJ |
|---|---|
| Case Name: | SERRONE, ANTHONY N. |
| | SERRONE, VILMA E. |
| Taxpayer ID No: | *******0541 |
| For Period Ending: | 08/24/15 |

| Trustee Name: | Carla Musselman, Trustee |
|---|---|
| Bank Name: | UNION BANK |
| Account Number / CD #: | *******5722  Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $ 32,583,498.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 03/31/15 | 14 | Asset Sales Memo: | Income Tax refund<br>2014 Income Tax Refund  $683.50 | | | | |
| 04/27/15 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 7,130.00 |
| 04/30/15 | | ANTHONY N. SERRONE<br>2249 CYPRESS KNEE LOOP<br>KISSIMMEE, FL  34743 | Buyback Installment | 1129-000 | 245.00 | | 7,375.00 |
| 04/30/15 | 12 | Asset Sales Memo: | 2005 Dodge Ram - VIN: 1D7HA18D55J576834<br>$245.00 | | | | 7,375.00 |
| 05/26/15 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 7,360.00 |
| 06/01/15 | | ANTHONY N. SERRONE<br>2249 CYPRESS KNEE LOOP<br>KISSIMMEE, FL  34743 | Buyback Installment | 1129-000 | 245.00 | | 7,605.00 |
| 06/01/15 | 12 | Asset Sales Memo: | 2005 Dodge Ram - VIN: 1D7HA18D55J576834<br>$245.00 | | | | 7,605.00 |
| 06/25/15 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 7,590.00 |
| 07/08/15 | 003001 | ANTHONY N. SERRONE and<br>VILMA SERRONE<br>2249 CYPRESS KNEE LOOP<br>KISSIMMEE, FL  34743 | Refund to Debtor of exempt funds<br>Prorated portion of debtors income tax refund,<br>$750.50 plus Earned income credit of $1403.00 =<br>2153.50 less $1470.00 applied to unpaid buyback<br>agreement | 8500-002 | | 683.50 | 6,906.50 |

Ver: 18.05

LFORM2T4

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:    3

Exhibit B

| Case No: | 14-11087 -CCJ |
| Case Name: | SERRONE, ANTHONY N. |
| | SERRONE, VILMA E. |
| Taxpayer ID No: | *******0541 |
| For Period Ending: | 08/24/15 |

| Trustee Name: | Carla Musselman, Trustee |
| Bank Name: | UNION BANK |
| Account Number / CD #: | *******5722  Checking Account (Non-Interest Earn |
| | |
| Blanket Bond (per case limit): | $ 32,583,498.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | |
|---|---|---|---|---|
| | Account  *******5722 | | Balance Forward | 0.00 | | | |
| | | 11 | Deposits | 7,635.00 | 1 | Checks | 683.50 |
| | | 0 | Interest Postings | 0.00 | 3 | Adjustments Out | 45.00 |
| | | | | | 0 | Transfers Out | 0.00 |
| | | | Subtotal | $  7,635.00 | | | |
| | | | | | | Total | $  728.50 |
| | | 0 | Adjustments In | 0.00 | | | |
| | | 0 | Transfers In | 0.00 | | | |
| | | | Total | $  7,635.00 | | | |

| Memo Allocation Receipts: | 4,405.00 |
| Memo Allocation Disbursements: | 0.00 |
| Memo Allocation Net: | 4,405.00 |

# Middle District of Florida
# Claims Register

*Trustee reviewed claims 05/29/15*

6:14-bk-11087-CCJ Anthony N. Serrone and Vilma E. Serrone

**Judge:** Cynthia C. Jackson    **Chapter:** 7
**Office:** Orlando    **Last Date to file claims:** 05/22/2015
**Trustee:** Carla P Musselman    **Last Date to file (Govt):**

| | | |
|---|---|---|
| **Creditor:** (25303556) Quantum3 Group LLC as agent for Comenity Bank PO Box 788 Kirkland, WA 98083-0788 | **Claim No: 1** **Original Filed Date:** 02/25/2015 **Original Entered Date:** 02/25/2015 | **Status:** **Filed by:** CR **Entered by:** Quantum3 Group, LLC (MC) **Modified:** |

Amount claimed: $116.84

| History: | | | |
|---|---|---|---|
| Details | 1-1 | 02/25/2015 | Claim #1 filed by Quantum3 Group LLC as agent for, Amount claimed: $116.84 (Quantum3 Group, LLC (MC)) |

Description: (1-1) Unsecured Debt
Remarks: 6744    The Limited    1045

| | | |
|---|---|---|
| **Creditor:** (25303556) Quantum3 Group LLC as agent for Comenity Bank PO Box 788 Kirkland, WA 98083-0788 | **Claim No: 2** **Original Filed Date:** 02/25/2015 **Original Entered Date:** 02/25/2015 | **Status:** **Filed by:** CR **Entered by:** Quantum3 Group, LLC (MC) **Modified:** |

Amount claimed: $221.52

| History: | | | |
|---|---|---|---|
| Details | 2-1 | 02/25/2015 | Claim #2 filed by Quantum3 Group LLC as agent for, Amount claimed: $221.52 (Quantum3 Group, LLC (MC)) |

Description: (2-1) Unsecured Debt
Remarks: 6749

| | | |
|---|---|---|
| **Creditor:** (25341602) Bureaus Investment Group Portfolio No 15 LLC c/o Recovery Management Systems Corp 25 SE 2nd Avenue Suite 1120 Miami FL 33131-1605 | **Claim No: 3** **Original Filed Date:** 03/05/2015 **Original Entered Date:** 03/05/2015 | **Status:** **Filed by:** CR **Entered by:** GE Money Bank **Modified:** |

Amount claimed: $5481.53

| History: | | | |
|---|---|---|---|
| Details | 3-1 | 03/05/2015 | Claim #3 filed by Bureaus Investment Group Portfolio No 15 LLC, Amount claimed: $5481.53 (GE Money Bank) |

Description: *1442 CC*

Remarks: (3-1) CAPITAL ONE, N.A.

---

| Creditor: (25359591)<br>Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Claim No: 4<br>Original Filed<br>Date: 03/12/2015<br>Original Entered<br>Date: 03/12/2015 | Status:<br>Filed by: CR<br>Entered by: American InfoSource (LW)<br>Modified: |
|---|---|---|

Amount claimed: $1010.12

History:

| Details | 4-1 | 03/12/2015 | Claim #4 filed by Capital One Bank (USA), N.A., Amount claimed: $1010.12 (American InfoSource (LW)) |
|---|---|---|---|

Description: *C*

Remarks: *9650 / 5496*

---

| Creditor: (25433463)<br>Capital One, N.A.<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Claim No: 5<br>Original Filed<br>Date: 04/09/2015<br>Original Entered<br>Date: 04/09/2015 | Status:<br>Filed by: CR<br>Entered by: Becket & Lee, LLP (LB)<br>Modified: |
|---|---|---|

Amount claimed: $445.74

History:

| Details | 5-1 | 04/09/2015 | Claim #5 filed by Capital One, N.A., Amount claimed: $445.74 (Becket & Lee, LLP (LB)) |
|---|---|---|---|

Description: (5-1) CREDIT CARD DEBT

Remarks: *2553 Kohl's*

---

| Creditor: (25487484)<br>American InfoSource LP as agent for<br>T Mobile/T-Mobile USA Inc<br>PO Box 248848<br>Oklahoma City, OK 73124-8848 | Claim No: 6<br>Original Filed<br>Date: 04/30/2015<br>Original Entered<br>Date: 04/30/2015 | Status:<br>Filed by: CR<br>Entered by: American InfoSource, LP (AM)<br>Modified: |
|---|---|---|

Amount claimed: $79.81

History:

| Details | 6-1 | 04/30/2015 | Claim #6 filed by American InfoSource LP as agent for, Amount claimed: $79.81 (American InfoSource, LP (AM)) |
|---|---|---|---|

Description: *CC*

Remarks: *7649*

---

| Creditor: (25490976)<br>Cavalry Spv 1, LLC<br>c/o Bass & Associates, P.C.<br>3936 E. Ft. Lowell Rd, Suite #200 | Claim No: 7<br>Original Filed<br>Date: 05/01/2015<br>Original Entered | Status:<br>Filed by: CR<br>Entered by: Auto-Claim Filer<br>Modified: |
|---|---|---|

| | |
|---|---|
| Tucson, AZ 85712 | *Date:* 05/01/2015 |

**Amount** claimed: **$525.37**

*History:*

| Details | 7-1 | 05/01/2015 | Claim #7 filed by Cavalry Spv 1, LLC, Amount claimed: $525.37 (Auto-Claim Filer) |
|---|---|---|---|

*Description:* C C

*Remarks:* (7-1) Account Number (last 4 digits):5042 — *Sask*

---

| *Creditor:* (25510656) Synchrony Bank c/o Recovery Management Systems Corp 25 SE 2nd Ave Suite 1120 Miami FL 33131-1605 | *Claim No:* 8 *Original Filed Date:* 05/12/2015 *Original Entered Date:* 05/12/2015 | *Status:* *Filed by:* CR *Entered by:* GE Money Bank *Modified:* |
|---|---|---|

**Amount** claimed: **$1163.15**

*History:*

| Details | 8-1 | 05/12/2015 | Claim #8 filed by Synchrony Bank, Amount claimed: $1163.15 (GE Money Bank) |
|---|---|---|---|

*Description:* C C

*Remarks:* (8-1) HH Gregg or GEMB or GECRB  *58/7*

---

| *Creditor:* (25519716) PYOD LLC c/o Resurgent Capital Services PO Box 19008 Greenville, SC 29602 | *Claim No:* 9 *Original Filed Date:* 05/14/2015 *Original Entered Date:* 05/14/2015 | *Status:* *Filed by:* CR *Entered by:* Resurgent Capital Services *Modified:* |
|---|---|---|

**Amount** claimed: **$1049.03**

*History:*

| Details | 9-1 | 05/14/2015 | Claim #9 filed by PYOD LLC, Amount claimed: $1049.03 (Resurgent Capital Services) |
|---|---|---|---|

*Description:* C C

*Remarks:* *9936 Citibank*

---

| *Creditor:* (25510656) Synchrony Bank c/o Recovery Management Systems Corp 25 SE 2nd Ave Suite 1120 Miami FL 33131-1605 | *Claim No:* 10 *Original Filed Date:* 05/17/2015 *Original Entered Date:* 05/17/2015 | *Status:* *Filed by:* CR *Entered by:* GE Money Bank *Modified:* |
|---|---|---|

**Amount** claimed: **$591.71**

*History:*

| Details | 10-1 | 05/17/2015 | Claim #10 filed by Synchrony Bank, Amount claimed: $591.71 (GE Money Bank) |
|---|---|---|---|

*Description:* C C

*Remarks:* (10-1) Dillard'sAmericanExpress or GEMB or GECRB  *4950 Dillards*

| Creditor: (25510656)<br>Synchrony Bank<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | Claim No: 11<br>Original Filed<br>Date: 05/17/2015<br>Original Entered<br>Date: 05/17/2015 | Status:<br>Filed by: CR<br>Entered by: GE Money Bank<br>Modified: |
|---|---|---|

| Amount claimed: $145.47 |
|---|

| History: | | | |
|---|---|---|---|
| Details | 11-1 | 05/17/2015 | Claim #11 filed by Synchrony Bank, Amount claimed: $145.47 (GE Money Bank) |

| Description: | c c |
|---|---|

| Remarks: (11-1) TJX Rewards Credit Card or GEMB or GECRB   6997 |
|---|

## Claims Register Summary

REVIEWED BY CLC

AUG 24 2015

**Case Name:** Anthony N. Serrone and Vilma E. Serrone
**Case Number:** 6:14-bk-11087-CCJ
**Chapter:** 7
**Date Filed:** 09/30/2014
**Total Number Of Claims:** 11

| Total Amount Claimed* | $10830.29 |
|---|---|
| Total Amount Allowed* | |

*Includes general unsecured claims

**The values are reflective of the data entered. Always refer to claim documents for actual amounts.**

| | Claimed | Allowed |
|---|---|---|
| Secured | | |
| Priority | | |
| Administrative | | |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 05/29/2015 09:15:45 | | |
| **PACER Login:** | cm1112:2680881:0 | **Client Code:** |
| **Description:** Claims Register | **Search Criteria:** | 6:14-bk-11087-CCJ Filed or Entered From: 1/1/2014 Filed or Entered To: 12/31/2015 |
| **Billable** | | |

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 6:14-bk-11087-CCJ
Case Name: SERRONE, ANTHONY N.
          SERRONE, VILMA E.
Trustee Name: Carla Musselman, Trustee

Balance on hand                                      $        6,906.50

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Carla Musselman, Trustee | $    1,445.15 | $    0.00 | $    1,445.15 |
| Trustee Expenses: Carla Musselman, Trustee | $    144.99 | $    0.00 | $    144.99 |

Total to be paid for chapter 7 administrative expenses        $        1,590.14

Remaining Balance                                             $        5,316.36

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 10,830.29  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  49.1  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 01 | Quantum3 Group LLC | $        116.84 | $        0.00 | $        57.35 |
| 02 | Quantum3 Group LLC | $        221.52 | $        0.00 | $       108.74 |
| 03 | Bureaus Investment Group | $      5,481.53 | $        0.00 | $     2,690.77 |
| 04 | Capital One Bank (USA), N.A. | $      1,010.12 | $        0.00 | $       495.85 |
| 05 | Capital One, N.A. | $        445.74 | $        0.00 | $       218.80 |
| 06 | American InfoSource LP | $         79.81 | $        0.00 | $        39.18 |
| 07 | Cavalry Spv 1, LLC | $        525.37 | $        0.00 | $       257.89 |
| 08 | Synchrony Bank | $      1,163.15 | $        0.00 | $       570.97 |
| 09 | PYOD LLC | $      1,049.03 | $        0.00 | $       514.95 |
| 10 | Synchrony Bank | $        591.71 | $        0.00 | $       290.46 |
| 11 | Synchrony Bank | $        145.47 | $        0.00 | $        71.40 |

Total to be paid to timely general unsecured creditors                $_____5,316.36

Remaining Balance                $_____0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0.0  percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE